**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Victor I Ortega** | Social Security number or ITIN **xxx–xx–6539** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | | Date case filed for chapter  **7   1/10/20** |
| Case number:  **1–20–40182–cec** | | |

# NOTICE OF HEARING ON
# REAFFIRMATION AGREEMENT(S)

## NOTICE IS HEREBY GIVEN THAT:

A hearing concerning a reaffirmation agreement (or agreements) of the kind specified in § 524 of the Bankruptcy Code, will be held before the Honorable Carla E. Craig, United States Bankruptcy Judge, on **March 10, 2020 at 11:00 AM** at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3529 – 3rd Floor, Brooklyn, NY 11201–1800**

A hearing to approve the reaffirmation agreement(s) is required because:

☑ The debtor was <u>not</u> represented by an attorney during the course of negotiating the agreement(s), or

☐ The debtor was represented by an attorney during the course of negotiating the agreement(s), but a presumption of undue hardship arose under § 524(m) of the Bankruptcy Code and the debtor's attorney failed, in Part C of the reaffirmation agreement, to certify that, notwithstanding the presumption, the debtor is able to make the payments required under the reaffirmation agreement.

☐ Other:

The debtor's attendance at the hearing is required. Failure by the debtor to appear will result in the disapproval by the court of the subject agreements(s).

If, prior to the hearing date, an amended reaffirmation agreement is filed which clearly states that in the debtor's attorney's opinion the debtor is able to make the required payments, the hearing will be marked off the Court's calendar. In such event, there is no need to appear at the hearing and the amended reaffirmation agreement will become effective upon filing with the Court without further Court order. 11 U.S.C. § 524(k)(3)(J).

Dated: February 4, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLreafagr.jsp** [Notice of Hearing on Reaffirmation Agreement rev. 02/01/17]